F#2012R00172

INFORMATION SHEET

U.S. DISTRICT COURT E.D N.Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

★ MAR 06 2012 ★

1. Title of Case: **United States v. Noorullah Zadran**

LONG ISLAND OFFICE

2. Related Magistrate Docket Number(s): N/A

3. Arrest Date:

**CR-12 0168**

4. Nature of offense(s): ☒ Felony
    ☐ Misdemeanor

HURLEY, J.

5. Related Cases - Title and Docket Nos. (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): None.

**BROWN, M. J.**

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Suffolk__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?    ⓧ Yes /AC7    (●) No

9. Have arrest warrants been ordered?    ⓧ Yes /AC7    (●) No

10. Capital count included?    ( ) Yes    (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Sean C. Flynn
Assistant U.S. Attorney
718-254-6351

Rev. 3/22/01