# CRIMINAL MINUTE ENTRY     **SEALED**

**DOCKET NUMBER:** 12 CR 168

**BEFORE JUDGE:** Gary R. Brown   **DATE:** 3/8/12   **TIME:** 3:30 PM

**CRIMINAL CAUSE FOR** Arraignment   **TIME IN COURT** ___ HRS_ 10 __ MINS

**DEFENDANT'S NAME:** Noorullah Zadran   **DEFENDANTS #** 1

| x | Present | ☐ | Not Present | x | Custody | ☐ | Not Custody |

**DEFENSE COUNSEL:** Tracey Gaffey
x  Present ☐   ☐ Not Present   x Federal Defender   ☐ CJA   Retained

**A.U.S.A.:** Sean Flynn                    **PRETRIAL/PROBATION OFFICER**_____

**CASE MANAGER OR MAGISTRATE CLERICAL:**   Jasmine Major

**TAPE LOG** 3:32-3:42

**INTERPRETER:**_____ **LANGUAGE:**_____

**Select the Type of Hearing or Trial**      **CONTESTED** [ ]YES   [ ]NO

| | | |
|---|---|---|
| [ ]Allocution Hearing | [ ]In Camera Hearing | [ ]Plea and Sentence |
| [X]Arraignment | [ ]In Chambers Conference | [ ]Preliminary Examination |
| [ ]Attorney Appointment Hearing | [X]Initial Appearance | [ ]Preliminary Revocation Hearing |
| [ ]Bench Trial | [ ]Initial Appearance-Material Witness | [ ]Pretrial Conference |
| [ ]Bond Forfeiture Hearing | [ ]Initial Appearance-Revocation Proceedings | [ ]Pro Se(Faretta) Hearing |
| [ ]Bond Hearing | [ ]Initial Appearance-Rule 5(c)(3) | [ ]Psychiatric Report Hearing |
| [ ]Bond Revocation Hearing | [ ]Forfeiture Hearing | [ ]Remand Hearing |
| [ ]Change of Plea Hearing | [ ]Franks Hearing | [ ]Revocation of Probation - Final Hearing |
| [ ]Competency Hearing | [ ]James Hearing | [ ]Revocation of Supervised Release-Final Hearing |
| [ ]Curcio Hearing | [ ]Jury Selection | [ ]Rule 44© Hearing |
| [ ]Daubert Hearing | [ ]Jury Trial | [ ]Scheduling Conference |
| [ ]Detention Hearing | [ ]Jury Trial-Death Penalty Phase | [ ] Sentencing |
| [ ]Detention Hearing Material Witness | [ ]Jury Trial-Sentence Enhancement Phase | [ ]Show Cause Hearing |
| [ ]Discovery Hearing | [ ]Markman Hearing | [ ]Status Conference |
| [ ]Dispositional Hearing (Juvenile) | [ ]Material Witness Hearing | [ ]Suppression Hearing |
| [ ]Docket Call | [ ]Motion Hearing | [ ]Telephone Conference |
| [ ]Evidentiary Hearing | [ ]Motion Hearing-Material Witness | [ ]Voir Dire |
| [ ]Extradition Hearing | [ ]Motions No longer Referred | |
| [ ]Fatico Hearing | [ ]Motions Referred Upon Consent to Magistrate Judge Disposition | |
| [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Other (please specify) |
| [ ]Detention Hearing | [ ]Omnibus Hearing | |
| [ ]Hearing Out-Of-Jury Presence | [ ]Plea Agreement Hearing | |

**TEXT:** Dft pleads not guilty to the Indictment. Dft waives speedy trial from 3/8/12 to 3/23/12. Dft released on bond.