**CRIMINAL CAUSE FOR CHANGE OF PLEA**
**BEFORE JUDGE: HURLEY, J.**   **DATE: JULY 18, 2012**   **TIME: 1:25 - 2:15 PM**
**DOCKET NUMBER: CR-12-168**        **USA   V.   ZADRAN**

**DEFT. NAME:  NOORULLAH ZADRAN        DFT # 1**
  X _PRESENT, _NOT PRESENT,__IN CUSTODY, _ X ON BAIL
   **ATTY FOR DEFT.: JOHN LO TURCO**
       X_PRESENT,  _NOT PRESENT

 **A.U.S.A.: CHARLES ROSE FOR SEAN  FLYNN**
 **DEPUTY CLERK:     TRISHA BEST**
 **COURT REPORTER(S) OR ESR OPERATOR:      OWEN WICKER**
 **PROBATION:**
 **INTERPRETER:**
   CASE CALLED FOR CHANGE OF PLEA.

   DEFENDANT IS SWORN AND ENTERS A PLEA OF GUILTY TO COUNT ONE OF THE INDICTMENT.
   THE PLEA IS ACCEPTED BY THE COURT.
   PROBATION NOTIFIED.
   SENTENCE IS SET FOR JANUARY 11, 2013 AT 10:00 AM

   DEFENDANT CONTINUES ON BOND.